1052

No. 93–1030. MANSFIELD v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1047. BRANTON v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 93–1246. CASCADE GENERAL, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied.

No. 93–1315. PECK, TRUSTEE FOR THE ROBERT M. PECK, M. D., INC., DEFINED BENEFIT PENSION TRUST, ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1367. IN RE SHIEH. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 93–1371. GEPFRICH v. GEPFRICH ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–1374. SANDERS v. CITY OF KANSAS CITY, KANSAS, ET AL. Ct. App. Kan. Certiorari denied.

No. 93–1376. FLORIDA v. POUGH ET AL. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 93–1378. NAPLIN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–1381. RYNDAK v. RIVER GROVE POLICE PENSION BOARD. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–1387. GIBSON v. MACOMBER. Ct. App. Ga. Certiorari denied.

No. 93–1388. LAMBERT ET AL. v. GENESEE HOSPITAL ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1390. SPAIN ET AL. v. AETNA LIFE INSURANCE CO. C. A. 9th Cir. Certiorari denied.